## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adv. Proc. No.: 19-50774 (BLS) |
| Plaintiff. | |
| vs. | **Ref Docket No. 20** |
| JAMES A. DUDA, IN HIS CAPACITY AS TRUSTEE TO THE JAMES A DUDA TRUST ACCOUNT; JAMES A. DUDA, | |
| Defendants. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO          )
                                    )  ss.:
COUNTY OF FRANKLIN    )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 6, 2021, I caused to be served the "Judgement by Default," dated April 5, 2021, [Docket No. 20] by causing a true and correct copy to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the following party: *James A Duda Ta, C/O Deborah Kolis, 4500 Tuxhorn Rd, Springfield, IL 62712.*

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3.  The envelope utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
 13th day of April, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024